■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SANDERS, Appellant. [978 NYS2d 707]—

Concur—Mazzarelli, J.P., Friedman, DeGrasse, Richter and Manzanet-Daniels, JJ.